IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:04cv354 |
| | ) | |
| v. | ) | |
| | ) | |
| ROB HUEBNER, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 3, 2005, file their Report of Parties' Planning Conference.

DATED May 16, 2005.

/s/ David L. Piester

United States Magistrate Judge