IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., | ) | 8:04CV354 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ROB HUEBNER and | ) | |
| CHRISTOPHER HUEBNER, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 38) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

DATED: June 2, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge