# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROB HUEBNER and CHRISTOPHER HUEBNER, <br><br> Defendants. | Case No. 8:04CV354 <br><br> **ORDER** |

    Pursuant to the motion (filing 41) of the plaintiff Oriental Trading Company, Inc. for the return of the cash bond filed by plaintiff in this action (filing 11), the case having been dismissed pursuant to Judgment entered on June 2, 2005, the Clerk is hereby ordered to return the cash bond in the amount of $500.00 to the plaintiff Oriental Trading Company, Inc.

Dated: May 20, 2009

BY THE COURT

s/ *Richard G. Kopf*
United States District Judge